STATE *v.* PARKER. { March 22, 1876.

Motion to quash an indictment for adultery denied.

FROM Coös CIRCUIT COURT.

INDICTMENT, charging that the respondent, with force and arms, did commit the crime of adultery with one William Cameron by his, the said William Cameron, having carnal knowledge of the body of her, the said Lucy E. Parker, she, the said Lucy E. Parker, being then and there a married woman, and the lawful wife of one Stephen Parker, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state.

The respondent moved to quash the same, (1) because the indictment does not sufficiently set forth that the said Lucy E. Parker is not the wife of William Cameron ; (2) because it does not appear by the indictment that Stephen Parker, at the time the offence charged was committed, was alive ; (3) that the indictment does not charge any offence committed by the respondent, but only charges an offence against William Cameron.

The court overruled the motion, and the respondent excepted.

Transferred by STANLEY, J., C. C.

*Crawford,* for the respondent.

*Solicitor,* for the state.

LADD, J. No argument or brief has been furnished by either side. I see nothing in the objections to the indictment, and think the exceptions should be overruled.

CUSHING, C. J., and SMITH, J., concurred.

*Exceptions overruled.*